**MINUTE ORDER OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

Case Name: **Meienhofer v. J.P. Gossamer Bio, Inc., et al.** Case Number: **26-cv-2016-CAB-AHG**

Hon. Cathy Ann Bencivengo Ct. Deputy Lori Hernandez Rptr Tape: N/A

In light of the filing of a second amended complaint, [Doc. No. 32], the Court DENIES AS MOOT the pending motion to dismiss, [Doc. No. 30]. *See Ramirez v. County of San Bernardino*, 806 F.3d 1002, 1007-08 (9th Cir. 2015).

Date: October 5, 2026 Initials: MS